UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>LABFITOUT LLC,<br><br>Debtor | Chapter 11<br>Case No. 26-11622-JEB |

**Proceeding Memorandum and Order**

**MATTER:**
#56 Expedited Motion filed by Debtor LabFitOut LLC to Approve Compromise Under Rule 9019

**Decision set forth more fully as follows:**
Hearing held on September 1, 2026. For the reasons set forth on the record, the hearing is continued to **September 9, 2026, at 2:00 p.m.** The hearing will be held in person at John W. McCormack Post Office and Court House, 5 Post Office Square, 12th Floor, Courtroom #3, Boston, MA.

The Debtor shall by **September 9, 2026,** file a supplement to the Motion that sets forth the additional information that the Court requested at the hearing including a copy of the contract, the amount the Debtor has billed postpetition, whether the work is completed, the amount and timing of additional work to be done under the contract, any additional costs expected to be incurred under the contract, and the timing of any payments under the contract and stipulation.

The Debtor is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **September 3, 2026.** If it fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

The hearing is scheduled as a Hybrid Hearing. Parties and counsel may participate in person in the Courtroom or by video conference using Zoomgov.com technology. Parties who wish to appear by video must request the link from the Courtroom Deputy Lisa Belanger, at lisa_belanger@mab.uscourts.gov **no later than 10:00 a.m. the business day before the hearing**. **Requests submitted after the deadline may not be accommodated and the Party should plan to attend in person in the Courtroom**. Appearance by video is limited to counsel and parties in interest. Public access will be in person only. A Hybrid Hearing is an official court proceeding and remote attendees are required to act and dress in the same manner as in person

hearings. Parties attending remotely must be in a quiet setting and must not be walking, driving, or performing other activities while participating in the hearing. Failure to comply may result in termination of access, sanctions, or other action by the Court.

Dated: September 1, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge